THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CEDRIC BROOKS,<br><br>　　　　　Defendant. | CASE NO. CR22-0023-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial. (Dkt. No. 21.) Having thoroughly considered the relevant record, and for the reasons described below, the Court hereby GRANTS the motion.

Defendant is charged with Unlawful Possession of a Firearm. (Dkt. No. 14.) Trial is currently set for April 18, 2022. (Dkt. No. 19.) Defendant moves to continue trial to July 25, 2022. (Dkt. No. 21 at 1.) According to Defendant's motion, Defense counsel requires additional time to review discovery, prepare for trial, and discuss the factual and legal issues presented by this case and the sentencing consequences with Defendant. (*Id.* at 1–2.) Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

　　　1.　　A failure to grant a continuance in this case would likely result in a miscarriage of

justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny Defendant's counsel the reasonable time necessary for effective preparation due to counsel's need for adequate time to review discovery and consider the Government's plea offer, as set forth in § 3161(h)(7)(B)(iv); and

3. The additional time requested is a reasonable period of delay.

Accordingly, the Court GRANTS the unopposed motion (Dkt. No. 21.) and ORDERS:

1. The April 18, 2022 trial is CONTINUED until July 25, 2022; pretrial motions will be due June 16, 2022. The parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

2. The time from the date of this order until the July 25, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 25th day of March 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE